# Exhibit B - 9

| 9/2/2008 8:44 AM | SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN LLC Slip Listing | | | Page 38 |
|---|---|---|---|---|

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Attorney<br>Activity<br>Client<br>Matter | Units<br>DNB Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| **Nickname 1: PRE-PETITION LITIGATION** | | | | |
| 332748   TIME<br>10/25/2007<br>Billed   G:712042   12/31/2007<br>Speak to M. Brimley and G. Glattly re litigation issues (.7); speak to M. Brimley again (.4); revise letter to W. Dann (.4). | BLS<br>Legal Services<br>SALEM/CHAPTER 11<br>PRE-PETITION LITIGAT | 1.50<br>0.00<br><br>0.00 | 425.00<br>T@15 | 637.50 |
| 332771   TIME<br>10/26/2007<br>Billed   G:712042   12/31/2007<br>Speak to M. Brimley re Las Vegas litigation (.2); emails to same re same (.2). | BLS<br>Legal Services<br>SALEM/CHAPTER 11<br>PRE-PETITION LITIGAT | 0.40<br>0.00<br><br>0.00 | 425.00<br>T@15 | 170.00 |
| 332840   TIME<br>10/31/2007<br>Billed   G:712042   12/31/2007<br>Speak to M. Brimley re Las Vegas issues and case status (.8). | BLS<br>Legal Services<br>SALEM/CHAPTER 11<br>PRE-PETITION LITIGAT | 0.80<br>0.00<br><br>0.00 | 425.00<br>T@15 | 340.00 |
| 332453   TIME<br>11/1/2007<br>Billed   G:712042   12/31/2007<br>Prepare, file, and serve Suggestion of Bankruptcy in Fagelhaber LLC state court litigation | JAA<br>Legal Services<br>SALEM/CHAPTER 11<br>PRE-PETITION LITIGAT | 0.50<br>0.00<br><br>0.00 | 295.00<br>T@15 | 147.50 |
| 336021   TIME<br>11/2/2007<br>Billed   G:712042   12/31/2007<br>Speak to M. Brimley re Las Vegas (.2); reveiw email re same (.2). | BLS<br>Legal Services<br>SALEM/CHAPTER 11<br>PRE-PETITION LITIGAT | 0.40<br>0.00<br><br>0.00 | 425.00<br>T@15 | 170.00 |
| 336053   TIME<br>11/7/2007<br>Billed   G:712042   12/31/2007<br>Speak to G. Green re UIC litigation (.2). | BLS<br>Legal Services<br>SALEM/CHAPTER 11<br>PRE-PETITION LITIGAT | 0.20<br>0.00<br><br>0.00 | 425.00<br>T@15 | 85.00 |
| 336493   TIME<br>11/12/2007<br>Billed   G:712042   12/31/2007<br>Review other documents re litigation (.3). | BLS<br>Legal Services<br>SALEM/CHAPTER 11<br>PRE-PETITION LITIGAT | 0.30<br>0.00<br><br>0.00 | 425.00<br>T@15 | 127.50 |
| 336820   TIME<br>11/30/2007<br>Billed   G:712042   12/31/2007<br>Speak to M. Brimley re Las Vegas litigation (.5). | BLS<br>Legal Services<br>SALEM/CHAPTER 11<br>PRE-PETITION LITIGAT | 0.50<br>0.00<br><br>0.00 | 425.00<br>T@15 | 212.50 |

| 9/2/2008 | SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN LLC | | | |
| 8:44 AM | Slip Listing | | | Page 39 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Attorney<br>Activity<br>Client<br>Matter | Units<br>DNB Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 338799<br>12/3/2007<br>Billed  G:712042  12/31/2007<br>Review correspondence from G. Greene (.2). | | TIME<br><br><br>BLS<br>Legal Services<br>SALEM/CHAPTER 11<br>PRE-PETITION LITIGAT | 0.20<br>0.00<br><br>0.00 | 425.00<br>T@15 | 85.00 |
| 340186<br>12/4/2007<br>Billed  G:712042  12/31/2007<br>Speak to client re Scott litigation (.2); review documents re same (.3). | | TIME<br><br><br>BLS<br>Legal Services<br>SALEM/CHAPTER 11<br>PRE-PETITION LITIGAT | 0.50<br>0.00<br><br>0.00 | 425.00<br>T@15 | 212.50 |
| 340193<br>12/5/2007<br>Billed  G:712042  12/31/2007<br>Respond to inquiries from Las Vegas counsel (.2). | | TIME<br><br><br>BLS<br>Legal Services<br>SALEM/CHAPTER 11<br>PRE-PETITION LITIGAT | 0.20<br>0.00<br><br>0.00 | 425.00<br>T@15 | 85.00 |
| 340240<br>12/12/2007<br>Billed  G:712042  12/31/2007<br>Review letter from M. Brimley (.3). | | TIME<br><br><br>BLS<br>Legal Services<br>SALEM/CHAPTER 11<br>PRE-PETITION LITIGAT | 0.30<br>0.00<br><br>0.00 | 425.00<br>T@15 | 127.50 |
| 340287<br>12/19/2007<br>Billed  G:712042  12/31/2007<br>Review motion from Las Vegas (.3); speak to client re same (.2); review and respond to emails re same (.2). | | TIME<br><br><br>BLS<br>Legal Services<br>SALEM/CHAPTER 11<br>PRE-PETITION LITIGAT | 0.70<br>0.00<br><br>0.00 | 425.00<br>T@15 | 297.50 |
| 344563<br>1/2/2008<br>Billed  G:803103  3/31/2008<br>Speak to D. Wirt re Brimley issue (.1). | | TIME<br><br><br>BLS<br>Legal Services<br>SALEM/CHAPTER 11<br>PRE-PETITION LITIGAT | 0.10<br>0.00<br><br>0.00 | 425.00<br>T@15 | 42.50 |
| 344577<br>1/3/2008<br>Billed  G:803103  3/31/2008<br>Emails to and from Trust counsel re Bovis motion (.3); call with Trust counsel re same (.8); speak to N. Coco re same (.1). | | TIME<br><br><br>BLS<br>Legal Services<br>SALEM/CHAPTER 11<br>PRE-PETITION LITIGAT | 1.20<br>0.00<br><br>0.00 | 425.00<br>T@15 | 510.00 |
| 372619<br>1/9/2008<br>WIP<br>Call with related entities and D. Wirt re settlement and Vegas (.6.) | | TIME<br><br><br>BLS<br>Legal Services<br>SALEM/CHAPTER 11<br>PRE-PETITION LITIGAT | 0.60<br>0.00<br><br>0.00 | 425.00<br>T@15 | 255.00 |
| 343771<br>1/10/2008<br>Billed  G:803103  3/31/2008 | | TIME<br><br><br>PAC<br>Legal Services<br>SALEM/CHAPTER 11 | 0.50<br>0.00 | 265.00<br>T@15 | 132.50 |

| 9/2/2008 | SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN LLC | | |
|---|---|---|---|
| 8:44 AM | Slip Listing | | Page  40 |

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Attorney<br>Activity<br>Client<br>Matter | Units<br>DNB Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| Drafting suggestion of bankruptcy for Nevada litigation | PRE-PETITION LITIGAT | 0.00 | | |
| 344647           TIME<br>1/10/2008<br>Billed         G:803103         3/31/2008<br>Draft letter to Vegas counsel (.7); revise suggestion in bankruptcy (.2). | BLS<br>Legal Services<br>SALEM/CHAPTER 11<br>PRE-PETITION LITIGAT | 0.90<br>0.00<br><br>0.00 | 425.00<br>T@15 | 382.50 |
| 346057           TIME<br>2/8/2008<br>Billed         G:803103         3/31/2008<br>Telephone conference with R. Luther concerning funding for Venetian litigation | JAA<br>Legal Services<br>SALEM/CHAPTER 11<br>PRE-PETITION LITIGAT | 0.10<br>0.00<br><br>0.00 | 295.00<br>T@15 | 29.50 |
| 350888           TIME<br>3/5/2008<br>Billed         G:803103         3/31/2008<br>Speak to J. DeJonker re Scott litigation and Las Vegas (.2). | BLS<br>Legal Services<br>SALEM/CHAPTER 11<br>PRE-PETITION LITIGAT | 0.20<br>0.00<br><br>0.00 | 425.00<br>T@15 | 85.00 |
| 350893           TIME<br>3/6/2008<br>Billed         G:803103         3/31/2008<br>Speak to J. DeJunker re Scott and Las Vegas and prepare for same (.5). | BLS<br>Legal Services<br>SALEM/CHAPTER 11<br>PRE-PETITION LITIGAT | 0.50<br>0.00<br><br>0.00 | 425.00<br>T@15 | 212.50 |
| 350900           TIME<br>3/7/2008<br>Billed         G:803103         3/31/2008<br>Speak to W. Dann re Scott litigation (.4); prepare for Monday hearing (.2). | BLS<br>Legal Services<br>SALEM/CHAPTER 11<br>PRE-PETITION LITIGAT | 0.60<br>0.00<br><br>0.00 | 425.00<br>T@15 | 255.00 |
| 350913           TIME<br>3/9/2008<br>Billed         G:803103         3/31/2008<br>Travel time to Las Vegas for Scott Hearing (4.0) (1/2 time). | BLS<br>Legal Services<br>SALEM/CHAPTER 11<br>PRE-PETITION LITIGAT | 4.00<br>0.00<br><br>0.00 | 425.00<br>T@15 | 1700.00 |
| 350914           TIME<br>3/9/2008<br>Billed         G:803103         3/31/2008<br>Meet with W. Dann (.7); speak to same on phone (.3). | BLS<br>Legal Services<br>SALEM/CHAPTER 11<br>PRE-PETITION LITIGAT | 1.00<br>0.00<br><br>0.00 | 425.00<br>T@15 | 425.00 |

| 9/2/2008<br>8:44 AM | SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN LLC<br>Slip Listing | | | Page 41 |
|---|---|---|---|---|

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Attorney<br>Activity<br>Client<br>Matter | Units<br>DNB Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 351991　　　　TIME<br>3/10/2008<br>Billed　　　G:803103　　3/31/2008<br>Travel from Las Vegas (halftime) (4.0). | BLS<br>Legal Services<br>SALEM/CHAPTER 11<br>PRE-PETITION LITIGAT | 4.00<br>0.00<br><br>0.00 | 425.00<br>T@15 | 1700.00 |
| 351992　　　　TIME<br>3/10/2008<br>Billed　　　G:803103　　3/31/2008<br>Speak to G. Glattly re court hearing on Scott matters (.2); prepare for same (.4); attend same (2.5); meet with W. Dann and M. Brimley (1.1) re same. | BLS<br>Legal Services<br>SALEM/CHAPTER 11<br>PRE-PETITION LITIGAT | 4.20<br>0.00<br><br>0.00 | 425.00<br>T@15 | 1785.00 |
| 353293　　　　TIME<br>3/20/2008<br>Billed　　　G:803103　　3/31/2008<br>Speak to N. Coco re Scott agreements (.2); review file and identify all of same (.4). | BLS<br>Legal Services<br>SALEM/CHAPTER 11<br>PRE-PETITION LITIGAT | 0.60<br>0.00<br><br>0.00 | 425.00<br>T@15 | 255.00 |
| 359053　　　　TIME<br>4/2/2008<br>Billed　　　G:804030　　4/30/2008<br>Prepare and file UCC3 (For interest in Scott Co.) | PMF<br>Legal Services<br>SALEM/CHAPTER 11<br>PRE-PETITION LITIGAT | 0.90<br>0.00<br><br>0.00 | 175.00<br>T@15 | 157.50 |
| 358372　　　　TIME<br>4/7/2008<br>Billed　　　G:804030　　4/30/2008<br>Review email re status of Scott litigation (.2). | BLS<br>Legal Services<br>SALEM/CHAPTER 11<br>PRE-PETITION LITIGAT | 0.20<br>0.00<br><br>0.00 | 425.00<br>T@15 | 85.00 |
| 358387　　　　TIME<br>4/8/2008<br>Billed　　　G:804030　　4/30/2008<br>Review additional documents re Scott funding (.5). | BLS<br>Legal Services<br>SALEM/CHAPTER 11<br>PRE-PETITION LITIGAT | 0.50<br>0.00<br><br>0.00 | 425.00<br>T@15 | 212.50 |
| 359149　　　　TIME<br>4/23/2008<br>Billed　　　G:804030　　4/30/2008<br>Review order re Scott litigation (.1); speak to G. Munitz re Brimley (.2). | BLS<br>Legal Services<br>SALEM/CHAPTER 11<br>PRE-PETITION LITIGAT | 0.30<br>0.00<br><br>0.00 | 425.00<br>T@15 | 127.50 |
| 363077　　　　TIME<br>5/2/2008<br>WIP<br>Prepare letter re Las Vegas issues with Bovis(.3). | BLS<br>Legal Services<br>SALEM/CHAPTER 11<br>PRE-PETITION LITIGAT | 0.30<br>0.00<br><br>0.00 | 425.00<br>T@15 | 127.50 |
| 363227　　　　TIME<br>5/20/2008<br>WIP<br>Speak to G. Glattly re Scott issues (.2); review | BLS<br>Legal Services<br>SALEM/CHAPTER 11<br>PRE-PETITION LITIGAT | 0.40<br>0.00<br><br>0.00 | 425.00<br>T@15 | 170.00 |

| 9/2/2008 8:44 AM | SHAW GUSSIS FISHMAN GLANTZ WOLFSON & TOWBIN LLC<br>Slip Listing | | | Page 42 |
|---|---|---|---|---|
| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Attorney<br>Activity<br>Client<br>Matter | Units<br>DNB Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
| schedule of same (.2). | | | | |
| 365541<br>6/12/2008<br>WIP<br>Review emails and respond to same re Las Vegas litigation (.2). | TIME<br>BLS<br>Legal Services<br>SALEM/CHAPTER 11<br>PRE-PETITION LITIGAT | 0.20<br>0.00<br>0.00 | 425.00<br>T@15 | 85.00 |
| 365546<br>6/12/2008<br>WIP<br>Review new Bovis post-trial motion is Las Vegas (.5). | TIME<br>BLS<br>Legal Services<br>SALEM/CHAPTER 11<br>PRE-PETITION LITIGAT | 0.50<br>0.00<br>0.00 | 425.00<br>T@15 | 212.50 |
| 365540<br>6/12/2008<br>WIP<br>Review emails and respond to same re Las Vegas litigation (.2). | TIME<br>BLS<br>Legal Services<br>SALEM/CHAPTER 11<br>PRE-PETITION LITIGAT | 0.20<br>0.00<br>0.00 | 425.00<br>T@15 | 85.00 |
| 367009<br>6/30/2008<br>WIP<br>Speak to R. Lower re Las Vegas litigation (.2). | TIME<br>BLS<br>Legal Services<br>SALEM/CHAPTER 11<br>PRE-PETITION LITIGAT | 0.20<br>0.00<br>0.00 | 425.00<br>T@15 | 85.00 |
| 370913<br>7/14/2008<br>WIP<br>Revuew emails re status of Las Vegas litigation (.2). | TIME<br>BLS<br>Legal Services<br>SALEM/CHAPTER 11<br>PRE-PETITION LITIGAT | 0.20<br>0.00<br>0.00 | 425.00<br>T@15 | 85.00 |

Total: PRE-PETITION LITIGATION

|  | Billable | 28.90 | 11899.50 |
|---|---|---|---|
|  | Unbillable | 0.00 | 0.00 |
|  | Total | 28.90 | 11899.50 |