# Exhibit A

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re | Chapter 11 |
| SALEM CAPITAL GROUP, INC., | Case No. 07-19825 |
| Debtor. | Honorable John H. Squires |

### ORDER AUTHORIZING RETENTION OF SPECIAL COUNSEL

This matter coming to be heard upon the Motion of Salem Capital Group, Inc. ("Salem" or "Debtor") for the entry of an order approving its retention of Steve Morris and the law firm of Morris Pickering & Peterson ("MPP") as special litigation counsel for the limited purpose of representing the Debtor in the Scott Litigation (as defined in the Motion) retroactive to March 24, 2008 (the "Motion"); due notice of the Motion having been given to those parties entitled thereto; the Court having jurisdiction over this matter and being otherwise fully advised in the Premises,

IT IS HEREBY ORDERED THAT:

A. The Debtor is authorized to retain Steve Morris and the law firm of Morris Pickering & Peterson as special litigation counsel for the limited purpose of representing the Debtor in the Scott Litigation;

B. The Debtor is authorized to pay to MPP a $10,000 post-petition retainer; and

C. MPP's compensation for services rendered and reimbursement of expenses remain subject to further order of the Court.

DATED: APR 21 2008      ENTERED: _____
                                    U.S. BANKRUPTCY JUDGE

Order prepared by:
Brian L. Shaw
Shaw Gussis Fishman Glantz
Wolfson & Towbin LLC
321 North Clark Street, Suite 800
Chicago, IL 60610
Tel: (312) 541-0151

{6341 ORD A0204620.DOC}