IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>**SALEM CAPITAL GROUP, INC.,**<br><br>Debtor. | Chapter 11<br>Case No. 07-19825<br><br>Honorable Judge John H. Squires<br><br>Hearing Date: February 11, 2010<br>Hearing Time: 9:30 a.m. |

## NOTICE OF MOTION

Please take notice that the SCG Liquidating Trust, by and through its undersigned counsel, has filed the attached **Motion for Entry of Final Decree and Order Closing The Chapter 11 Case of Salem Capital Group, Inc.** (the "Motion") with the United States Bankruptcy Court for the Northern District of Illinois.

Please be advised that a hearing on the Motion, if necessary, shall be held on Thursday, February 11, 2010 at 9:30 a.m., or as soon thereafter as counsel and interested parties may be heard, before the Honorable Judge John H. Squires, United States Bankruptcy Judge, Everett McKinley Dirksen Courthouse, 219 S. Dearborn Street, Chicago, Illinois 60604, Courtroom 680.

Please be further advised that objections, if any, to the Motion shall be in writing and must be filed with the Bankruptcy Court and served on counsel for the SCG Liquidating Trust at the address indicated below, so as to be received no later than 5:00 p.m. on Monday, February 8, 2010.

PLEASE BE FURTHER ADVISED THAT, IF NO OBJECTIONS TO THE MOTION ARE FILED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE AND WITHOUT A HEARING.

Dated: January 22, 2010

                                      SCG Liquidating Trust

                                      By: /s/ Nathan F. Coco

                                          Nathan F. Coco (ARDC No. 6236870)
                                          Emily K. Harring (ARDC No. 6296686)
                                          MCDERMOTT WILL & EMERY LLP
                                          227 West Monroe, Suite 4700
                                          Chicago, Illinois 60606
                                          (312) 984-3658

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>SALEM CAPITAL GROUP, INC.,<br><br>Debtor. | Chapter 11<br>Case No. 07-19825<br><br>Honorable Judge John H. Squires<br><br>Hearing Date: February 11, 2010<br>Hearing Time: 9:30 a.m. |

## MOTION FOR ENTRY OF FINAL DECREE AND ORDER CLOSING THE CHAPTER 11 CASE OF SALEM CAPITAL GROUP, INC.

The SCG Liquidating Trust (the "SCG Trust"),[1] by and through its undersigned counsel, respectfully moves (the "Motion") the Court, pursuant to 11 U.S.C. § 350(a) and Rule 3022 of the Federal Rules of Bankruptcy Procedure for entry of a final decree and order closing the Chapter 11 case of Salem Capital Group, Inc. In support of this Motion, the SCG Trust respectfully states as follows:

### BACKGROUND

1.  On October 25, 2007 (the "Petition Date"), Salem Capital Group, Inc. (the "Debtor") filed its petition for relief under Chapter 11 of Title 11 of the United States Code commencing this case (the "Bankruptcy Case").

2.  On July 24, 2008, the Debtor filed its Second Modified Amended Chapter 11 Plan of Liquidation (the "Plan").

3.  On July 31, 2008, the Court entered an order confirming the Plan (the "Confirmation Order"). The Confirmation Order subsequently became a final order.

---

[1] All capitalized terms used but not defined herein shall have the meanings given to them in the Plan.

4. The Plan provided for the creation of a liquidating trust that succeeded to the rights, claims, assets, and interests of the Debtor. (*See* Confirmation Order, ¶ EE; Plan, § 5.1.)

5. In August of 2008, the Debtor, pursuant to the Plan, entered into a liquidating trust agreement with David Abrams of Abrams & Jossel Consulting, Inc. (the "Liquidating Trust Agreement"), which established the SCG Trust for the purpose of liquidating the "Liquidating Trust Assets" (as defined in the Liquidating Trust Agreement) and appointed David Abrams as liquidating trustee (the "Liquidating Trustee").

6. Since that time, the Liquidating Trustee has, *inter alia*, diligently reviewed and analyzed proofs of claim filed against the estate, objected to and resolved certain such claims, investigated estate claims and causes of action, and undertaken to preserve and administer assets of the estate.

7. Although the SCG Trust continues to administer certain Liquidating Trust Assets, the Liquidating Trustee does not believe that such administration requires the continuation of this Bankruptcy Case nor the jurisdiction of the Court.

8. Other than the instant motion, there are no pending motions, applications, contested matters, or adversary proceedings in this case.

### RELIEF REQUESTED

9. By this Motion, the SCG Trust requests that this Court enter a final decree and order closing this Chapter 11 case which has been "fully administered" within the meaning of Section 350(a) and no longer plays a role in the administration of the Liquidating Trust Assets pursuant to the Plan.

10. The Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334 and pursuant to Article XV of the Plan. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

11. The statutory predicates for the relief requested herein are Bankruptcy Code section 350 and Federal Rule of Bankruptcy Procedures 3022.

## BASIS FOR RELIEF

12. Section 350(a) of the Bankruptcy Code provides that "[a]fter an estate is fully administered and the court has discharged the trustee, the court shall close the case." 11 U.S.C. § 350(a). Bankruptcy Rule 3022, which provides procedural guidelines for closing chapter 11 cases, provides that "[a]fter an estate is fully administered in a chapter 11 reorganization case, the court, on its own motion or on motion of a party in interest, shall enter a final decree closing the case." Fed. R. Bankr. P. 3022.

13. While the Bankruptcy Code does not define "fully administered," this Court has reviewed the following factors when determining whether a chapter 11 case has been fully administered: (1) whether the order confirming the plan has become final, (2) whether deposits required by the plan have been distributed, (3) whether the property proposed by the plan to be transferred has been transferred, (4) whether the debtor or the successor of the debtor under the plan has assumed the business or the management of the property dealt with by the plan, (5) whether payments under the plan have commenced, and (6) whether all motions, contested matters, and adversary proceedings have been finally resolved. See In Re Mold Makers, Inc., 124 B.R. 766, 768 (Bankr. N.D. Ill. 1990); see also In Re Gates Cmty. Chapel of Rochester, Inc., 212 B.R. 220, 223-24 (W.D.N.Y. 1997); In Re Jay Bee Enter., 207 B.R. 536, 538 (Bankr. E.D. Ky. 1997).

14. These factors have been met. As noted above, the Confirmation Order, which was entered on July 31, 2008, is a final order. In addition, no deposits were required to be distributed by the Plan, and all property proposed to be transferred by the Plan has been transferred pursuant to section 4.1 of the Plan. Thus, transfers pursuant to the Plan have been completed. Other than the instant motion, there are no pending motions, applications, contested matters, or adversary proceedings in this case.

15. In short, the Debtor does not have any remaining obligations or duties under the Plan. All of the claims against the Debtor are deemed by the Plan to be against the SCG Trust, which remains open and continues to administer the Liquidating Trust Assets.

WHEREFORE, the SCG Trust respectfully requests that the Court enter a final decree and order, substantially in the form attached hereto, (i) closing the Debtor's case and (ii) granting such other and further relief as the Court may deem proper.

Dated: January 22, 2010, 2009           SCG Liquidating Trust

                                        By: /s/ Nathan F. Coco
                                            Nathan F. Coco (ARDC No. 6236870)
                                            Emily K. Harring (ARDC No. 6296686)
                                            MCDERMOTT WILL & EMERY LLP
                                            227 West Monroe, Suite 4700
                                            Chicago, Illinois 60606
                                            (312) 984-3658

-5-

## CERTIFICATE OF SERVICE

I hereby certify that the attached **Notice of Motion and Motion for Entry of Final Decree and Order Closing The Chapter 11 Case of Salem Capital Group, Inc.** was served on January 22, 2010 through Electronic Notice for Registrants on the CM/ECF service list as well as the parties on the Service List attached hereto.

/s/ Nathan F. Coco

## SERVICE LIST

Robert D. Cheifetz
Sperling & Slater
55 West Monroe Street, Suite 3200
Chicago, IL  60603

Dennis E. Quaid
Thompson Coburn Fagel Haber
55 East Monroe Street
40th Floor
Chicago, IL  60603

David W. Wirt
Winston & Strawn LLP
35 W Wacker Drive
Chicago, IL  60601

Archer Bank
Attn:  Patricia Cruz
4970 S. Archer Ave
Chicago, IL  60632-3691

Clark Hill
150 N. Michigan Avenue
Suite 2400
Chicago, IL  60601

Dann and Meacham
c/o Peel Brimley LLP
3333 E. Serene Ave., Suite 200
Henderson, NV  89074

William T. Neary
United States Trustee
Office of the U.S. Trustee
219 S. Dearborn St., 8th Fl.
Chicago, IL  60604

Dina Rollman
Sperling & Slater
55 East Monroe Street
Suite 3200
Chicago, IL  60603

IRS
PO Box 97001
Saint Loius, MO  63197-0011

Bradley Arant Rose & White, LLP
1133 Connecticut Avenue, N.W.
Twelfth Floor
Washington, DC  20036

Cooper, White and Cooper
Attn:  Barry Dubin
201 California Street, 7th Floor
San Francisco, CA  94111

Dorsey & Whitney LLP
Attn:  Len Rice
50 South Sixth Street, Suite 1500
Minneapolis, MN  55402-1498

FagelHaber LLC
c/o Stein & Rotman
Attn: Mr. Stein
105 W. Madison St., Suite 600
Chicago, IL 60602

G & N Consulting
c/o James Sullivan
225 N. Santa Cruz Ave.
Los Gatos, CA 95030

Hawaii Health Systems Corp.
Attn: Rene McWade
3675 Kilauea Avenue
Honolulu, HI 96816

Hemming Morse, Inc.
Attn: Paul Regan
160 Spear St., Suite 1900
San Francisco, CA 94105

Heritage Pacific Leasing
3439 W. Shaw Avenue
Fresno, CA 93711

Illinois Department of Revenue
P.O. Box 19025
Springfield, IL 62794

Illinois Department of Revenue
100 W Randolph
Bankruptcy Section L-425
Chicago, IL 60602

Internal Revenue Service
Mail Stop 5010 CHI
230 S Dearborn Street
Chicago, IL 60604

IRS
PO Box 97001
Saint Louis, MO 63197-0011

LaSalle National Leasing
Attn: David Roeder
135 S LaSalle, Suite 560
Chicago, IL 60603

Lori Glattly
1141 Breckenridge Ave
Lake Forest, IL 60045

Lynn M. LoPucki
UCLA School of Law
405 Hilgard Ave, #1242
Los Angeles, CA 90095-1476

Markowitz, Herbold, Glade & Mehlhaf, PC
3000 Pacwest Center
1211 SW Fifth Ave
Portland, OR 97204-3730

Neil P. Geitner
O'Halloran Hosoff Geitner & Cook LLC
650 Dundee Road, Suite 475
Northbrook, IL 60062

Parson, Behle & Latimer
Attn: J. Thomas Beckett
201 South Main St., Suite 1800
Salt Lake City, UT  84145-0898

Robert Brown, CPA
1401 N Western Avenue
Lake Forest, IL  60045

S A Burnthon LLC
Attn:  S. Andre Burnthon
P.O. Box 400365
Las Vegas, NV  89140

The LauraLee K. Bell – 1993 Trust
c/o Sperling & Slater
55 West Monroe Street, Suite 3200
Chicago, IL  60603

The LauraLee K. Bell – 1993 Trust
c/o McDermott Will & Emery
227 West Monroe Street
Chicago, IL  60606-5096

The Medleh Group
Attn:  Rosa Millan
P.O. Box 96370
Houston, TX  77213

The Scott Companies
c/o Peel Brimley
3333 E. Serene Ave, Suite 200
Henderson, NV  89074

Toshiba Business Solutions
Attn:  Ken Wanzer
3170 Corporate Place
Hayward, CA  94545

Vengroff, Williams & Associates, Inc.
On behalf of Office Depot
P.O. Box 4155
Sarasota, FL  34230-4155

Westates Mechanical
734 Whitney St
San Leandro, CA  94577

Internal Revenue Service
Mail Stop 5010 CHI
230 S Dearborn Street
Chicago, IL  60604

Associate Area Counsel, SB/SE
200 W Adams Street
Suite 2300
Chicago, IL  60606

Barry A. Dubin, Esq.
Cooper, White & Cooper LLP
201 California Street, 17th Floor
San Francisco, CA  94111

Rasheed Barber
530 East Swedesford Road
Wayne, PA  19087

TDS Metrocom
525 Juntion Road
Suite 6000
Madison, WI  53717-2105

Thompson Coburn LLP
55 East Monroe
40th Floor
Chicago, IL  60603

Department of the Treasury
Internal Revenue Service
Centralized Insolvency Operations
PO Box 21126
Philadelphia, PA  19114

Scott H. Murphy
The Miller Law Firm
4310 Madison Avenue
Kansas City, MO  64111

Marc Brown
The St. Paul Travelers
31919 First Avenue South, #100
Federal Way, WA  98003

Michael Long
Watt Tieder Hoffar & Fitzgerald LLP
2040 Main Street
Suite 300
Irvine, CA  92614

David A. Noyes & Co.
Attn:  Marc Benson
209 S LaSalle, 12th Floor
Chicago, IL  60606

Salem Capital Group, Inc.
PMB #199
825 S Waukegan Road A8
Lake Forest, IL  60045-2665

Archer Bank
Attn: Patricia Cruz
4970 S. Archer Avenue
Chicago, IL  60632-3623

Cooper, White and Cooper
Attn:  Barry Dubin
201 California Street, 7th Floor
San Francisco, CA  94111-5009

Internal Revenue Service
Centralized Insolvency Operations
PO Box 21126
Philadelphia, PA  19114-0326

FagelHaber LLC c/o Stein & Rotman
Attn:  Mr. Stein
105 W Madison Street, Suite 600
Chicago, IL  60602-4672

Hemming Morse, Inc.
Attn: Paul Regan
160 Spear St., Suite 1900
San Francisco, CA  94105-1548

Illinois Department of Revenue Bankruptcy Se
PO Box 64338
Chicago, IL  60664-0338

Lehrer McGovern Bovis, Inc.
c/o Gould & Ratner, LLP
222 N. LaSalle St., Suite 800
Chicago, IL  60601-1011

Bradley Arant Rose & White, LLP
1133 Connecticut Avenue, N.W.
Twelfth Floor
Washington, DC  20036-4305

Dorsey & Whitney LLP
Attn:  Len Rice
50 South Sixth Street, Suite 1500
Minneapolis, MN  55402-1553

Heritage Pacific Leasing
Attn:  Charles Litt
6001 North Ocean Drive, Suite 1407
Hollywood, FL  33019-4625

Markowitz, Herbold, Glade & Mehlaf, PC
3000 Pacwest Center
1211 SW Fifth Ave
Portland, OR  97204-3735

Clark Hill
150 N Michigan Avenue
Suite 2400
Chicago, IL  60601-3613

Estate of Craig F. Glattly
c/o Stephen C. Schulte
Winston & Strawn LLP
35 W Wacker Drive
Chicago, IL  60601-1695

Brian Shaw
Shaw Gussis Fishman Glantz Wolfson & Towbin
321 N Clark Street, Ste 800
Chicago, IL  60654-4766

Dann and Meacham
c/o Peel Brimley LLP
3333 E. Serene Ave, Suite 200
Henderson, NV  89074-6571

G & N Consulting
c/o James Sullivan
225 N. Santa Cruz Ave
Los Gatos, CA  95030-7206

LaSalle National Leasing
Attn:  David Roeder
135 S. LaSalle, Suite 560
Chicago, IL  60603-4450

Peel Brimley LLC
c/o Gerald P Munitz
Goldberg Kohn
55 E Monroe St, Suite 3300
Chicago, IL  60603-5800

David A. Noyes & Co.
Attn:  Marc Benson
209 S LaSalle, 12th Floor
Chicago, IL  60604-1203

Hawaii Health Systems Corp
Attn:  Rene McWade
3675 Kilauea Ave
Honolulu, HI  96816-2333

Illinois Department of Revenue
PO Box 64338
Chicago, IL  60664-0338

Internal Revenue Service
Mail Stop 5010 CHI
230 S Dearborn Street
Chicago, IL  60604

Neil P. Geitner
O'Halloran Hosoff Geitner & Cook LLC
650 Dundee Road
Suite 475
Chicago, IL  60602

Robert Brown, CPA
1401 N. Western Avenue
Lake Forest, IL  60045-1256

S A Burnthon LLC
Attn:  S. Andre Burnthon
PO Box 400365
Las Vegas, NV  89140-0365

San Mateo County
400 County Center
Redwood City, CA  94063-1662

Department of the Treasury-Internal Revenue
Centralized Insolvency Operations
PO Box 21126
Philadelphia, PA  19114

Thompson Coburn LLP
55 East Monroe – 40th Floor
Chicago, IL  60603-5713

Westates Mechanical
734 Whitney St.
San Leandro, CA  94577-1118

Ryan T. Schultz
Fox, Hefter, Swibel, Levin & Carroll, LL
300 W Madison
Suite 3000
Chicago, IL  60606

Salem Capital Partners
PMB #199 825 S Waukegan Rd A8
Lake Forest, IL  60045-2665

The Dale A. Colosky Trst GDV & Assc LLC
G Renaud, R Strohs JO Galloup Co
c/o Daniel Mason Anderson Esq
227 S Rose St Ste 5000
Kalmazoo, MI  49007-3935

The Medleh Group
Attn:  Rosa Millan
PO Box 96370
Houston, TX  77213-6370

Toshiba Business Solutions
Attn: Ken Wanzer
3170 Corporate Place
Hayward, CA  94545-3916

Illinois Department of Revenue
100 W Randolph
Bankruptcy Section L-425
Chicago, IL  60602

Salem Capital Services, Inc.
c/o Stephen C. Schulte
Winston & Strawn, LLP
35 W. Wacker Drive, Suite 4200
Chicago, IL  60601-1695

The Scott Companies
c/o Peel Brimley
3333 E Serene Ave, Suite 200
Henderson, NV  89074-6571

Janice A. Alwin
Barack Ferrazzanao Kirschbaum & Nagelberg
200 W Madison St., Suite 3900
Chicago, IL  60606-3459

Joseph Guglielmo
The Scott Companies Inc.
Scott Co. of California
WTE, Inc.
Scott-Norman Mechanical
Scott Mechanical International, Inc.,
Business Service America, Inc.
Business Service America II, Inc.
1500 Pleasant Hill Road
Lafayette, CA  94549

William T. Neary
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL  60604-1702

The LauraLee K. Bell – 1993 Trust
c/o Spearling & Slater
55 West Monroe Street, Suite 3200
Chicago, IL  60603-5072

Vengroff, Williams & Associates, Inc.
One behalf of Office Depot
PO Box 4155
Sarasota, FL  34230-4155

Patrice B. Childress
Beck, Redden & Secrest, L.L.P.
One Houston Center
1221 McKinney St., Suite 4500
Houston, TX  77010-2010