# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>**SALEM CAPITAL GROUP, INC.,**<br><br>Debtor. | Chapter 11<br>Case No. 07-19825<br><br>Honorable Judge John H. Squires |

## FINAL DECREE AND ORDER CLOSING THE
## CHAPTER 11 CASE OF SALEM CAPITAL GROUP, INC.

This matter having come before the Court on the motion (the "Motion") of the SCG Liquidating Trust (the "SCG Trust"),[2] pursuant to 11 U.S.C. § 350(a) and Rule 3022 of the Federal Rules of Bankruptcy Procedure for entry of a final decree and order (the "Final Decree and Order") closing the chapter 11 case of Salem Capital Group, Inc. (the "Debtor"); it appearing to the Court that (i) it has jurisdiction over the matters raised in the Motion pursuant to Section 7.1(xiii) of the Plan; (ii) this is a core matter pursuant to 28 U.S.C. § 157(b)(2); (iii) the relief requested in the Motion is in the best interests of the Debtor, its estate, and creditors; (iv) proper and adequate notice of the Motion and the hearing thereon has been given and that no other or further notice is necessary; and (v) upon the record herein after due deliberation thereon, and good and sufficient cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1.   The Motion is GRANTED.

---

[2]   All capitalized terms used but not defined herein shall have the meanings given to them in the Motion.

2. This Final Decree and Order shall become effective and the Chapter 11 case of the Closing Debtor shall be closed as of the date hereof.

3. Notwithstanding anything to the contrary in this Final Decree and Order, if unpaid, the SCG Trust shall pay the fees, if any, in respect of the Debtor's case required to be paid to the United States Trustee pursuant to 28 U.S.C. §1930(a)(6) within ten days of entry of this Final Decree and Order, and no additional fees shall accrue in the Debtor's case.

Dated: February 11, 2010
Chicago, Illinois

_____
United States Bankruptcy Judge